COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-275-CR

CHARLES WAYNE MCDEVITT APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY COURT AT LAW OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant’s  Motion For Voluntary Dismissal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See
 
Tex. R. App. P.
 42.2(a), 43.2(f). PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: December 20, 2007
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.